```
                                    FILED
                                  NOV 27 2007
                          CLERK, U.S. DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA
                          BY   EF              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3197-LAB |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| ARMANDO HUERTA-LOPEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 28, 2007, within the Southern District of California, defendant ARMANDO HUERTA-LOPEZ, did knowingly and intentionally import approximately 61.06 kilograms (approximately 134.33 pounds)(gross weight) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  November 27, 2007  .

KAREN P. HEWITT
United States Attorney

*/s/ David D. Leshner*

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
11/27/07